IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

Tonia Y. Adams )
_____ )
_____ )
**Name of Plaintiff** )
)  Case No. _____
v. )  (To be assigned by Clerk)
)  Jury Demand ☐ Yes ☐ No
Yates Services )
Nissan )
_____ )
**Name of Defendant(s)** )

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, Tonia Y. Adams, is a citizen of the United States and resides at

   4758-a Trenton Dr._____, Hermitage____,
   Street address                                City

   Davidson____, TN____, 37076____, 615-602-4604.
   County        State    Zip Code    Telephone Number
                                      615-999-0257

3. Defendant, Yates Nissan_____ resides at, or its business is located at

   983 Nissan Dr._____, Smyrna____,
   Street address                                City

   Rutherford____, TN____, 37167.
   County        State    Zip Code

2

(If more than one Defendant, list the name and address of each additional Defendant)

na

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at

983 Nissan Dr. , Smyrna ,
Street address                                City

Rutherford , TN , 37167 .
County      State    Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about  May  5  2013 .
                                                                Month   Day   Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about May _____ 2013 .
   Month    Day    Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on April
                                                                                Month
   23   2015 , a copy of which Notice is attached.
   Day   Year

8. Because of Plaintiff's (1) Afro-American race, (2) black color, (3) female sex,

   (4) na religion, (5) na national origin, the Defendant:

    a. __na__ failed to employ Plaintiff.

    b. __✓__ terminated Plaintiff's employment.

    c. __✓__ failed to promote Plaintiff.

    d. __na__ retaliated against Plaintiff for having filed a charge of discrimination.

    e. __✓__ other. Explain: I was injured at work and once put on disability. I was harrassed even further once a doctor placed me on restrictions. I was told that I could not refuse to do certain jobs because of being placed on restrictions. One of which led to an accident that they then reprimanded me for.

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

Repeatedly taken to on-site medical though panelled-out an unable to be treated on-site. Written up for attendance violations even though I still had vacation time. Threatened w/termination for refusing to sign falsified papers for an audit. Supervisor attempted to write-up leaving early when ordered to by Medical and when I had an approved day off. I complained when had to do jobs at work that broke my restrictions but Yates reported that I said broke restrictions when at home.

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

    a. _____ are still being committed by Defendant.

    b. _____ are no longer being committed by Defendant.

    c. __✓__ may still be being committed by Defendant.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a. __na__ direct that Defendant employ Plaintiff, or

b. __/__ direct that Defendant re-employ Plaintiff, or

c. __na__ direct that Defendant promote Plaintiff, or

d. __/__ order other equitable or injunctive relief: _____

_____.

e. __/__ direct that Defendant pay Plaintiff back pay in the amount of

_____ and interest on back pay;

f. __/__ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: __Injuries are on-going and finding employment has become difficult__.

g. __/__ direct that Defendant pay Plaintiff punitive damages in the amount of __Pay that I would've earned__ because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

_____
(Signature of Plaintiff)