UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| **TONIA Y. ADAMS** | ) | |
| | ) | |
| v. | ) | NO. 3:15-0490 |
| | ) | JUDGE CAMPBELL |
| **YATES SERVICES NISSAN** | ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/6/2016 as to the Order entered 5/5/2016 at DE 30.

    KEITH THROCKMORTON, CLERK
    s/Elaine J. Hawkins, Deputy Clerk